**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6390**

MICHAEL EDWARD KENNEDY,

Petitioner - Appellant,

v.

EDWARD F. REILLY, JR., Chairman, United States Parole
Commission; CRANSTON J. MITCHELL, Commissioner, United
States Parole Commission; PATRICIA K. CUSHWA, Commissioner,
United States Parole Commission; ISAAC FULWOOD, JR.,
Commissioner, United States Parole Commission,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, District Judge.
(1:09-cv-01802-BEL)

Submitted: August 19, 2010          Decided: August 30, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Edward Kennedy, Appellant Pro Se. Larry David Adams,
Assistant United States Attorney, Baltimore, Maryland, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Edward Kennedy, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Kennedy v. Reilly</u>, No. 1:09-cv-01802-BEL (D. Md. Mar. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>